Opinion filed June 8, 2006 












 
 
  
 
 







 
 
  
 
 




Opinion filed June 8, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-05-00375-CV 

                                                    __________

 

                                 ELIZABETH  REGALADO, Appellant

                                                             V.

            PERMIAN
BASIN NISSAN, L.P. AND RM NISSAN, LLC AND

UNKNOWN THIRD PARTY, Appellees

 



 

                                         On
Appeal from the 385th District Court

                                                         Midland County, Texas

                                                Trial Court Cause No. CV45,058

 



 

                                             M
E M O R A N D U M   O P I N I O N

Elizabeth Regalado
appeals from the trial court=s
order directing the parties to comply with the terms and conditions of their
arbitration agreement.  Permian Basin
Nissan, L.P. and RM Nissan, LLC and Unknown Third Party have filed in this
court a motion to dismiss for want of jurisdiction.  Regalado has not
responded to this motion.

We agree with appellees= contention that the order is not a
final, appealable order.  The motion is granted, and the appeal is
dismissed.

 

June 8,
2006                                                                            PER
CURIAM

Panel
consists of: Wright, C.J., and

McCall, J., and Strange, J.